Court of Appeals for the Seventh Circuit denied. *Messrs. Joseph E. Snowden* and *W. Robert Ming, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland* and *Mr. Oscar Provost* for the United States, and *Mr. Harold L. Reeve* for George T. O'Brien et al., respondents.

No. 408. HARVEY ET AL. *v.* FEDERAL LAND BANK ET AL. November 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph G. M. Browne* for petitioners. *Solicitor General Jackson,* and *Mr. Peyton R. Evans* for Regional Agricultural Credit Corp., and *Mr. Peyton R. Evans, Mr. Thomas M. Darnall,* and *May T. Bigelow* for Federal Land Bank of Springfield, Massachusetts, respondents.

No. 412. BURNETT *v.* AMALGAMATED PHOSPHATE Co. November 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. O. K. Reaves* for petitioner. *Messrs. Thos. B. Adams* and *K. I. McKay* for respondent.

No. 413. STATE FARM MUTUAL AUTO INSURANCE Co. *v.* HINDEL, ADMINISTRATRIX. November 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Burke G. Slaymaker* for petitioner. No appearance for respondent.

No. 415. BOARD OF DIRECTORS OF ST. FRANCIS LEVEE DISTRICT *v.* KURN ET AL., TRUSTEES. November 14, 1938.